FILED: September 23, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1787

(1:13-cv-01042-CCB)

_____

BRAWNER BUILDERS, INC.

       Plaintiff - Appellant

v.

NORTHERN ASSURANCE COMPANY OF AMERICA

       Defendant - Appellee

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 10/17/2014

Opening brief due: 10/17/2014

Response brief due: 12/19/2014

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk